No. —. EX PARTE HOWARD O. BUTLER. February 26, 1945. The motion for leave to file petition for writ of mandamus is denied.

No. —. EX PARTE ARTHUR LEWIS. February 26, 1945. Application denied.

No. —. EX PARTE GEORGE S. MILLER;
No. —. EX PARTE GEORGE ALBERT BROWN;
No. —. EX PARTE BRYAN SCHWAB; and
No. —. ILLINOIS EX REL. RENSING *v.* NIERSTHEIMER, WARDEN. February 26, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. BROTHERHOOD & UNION OF TRANSIT EMPLOYEES OF BALTIMORE *v.* MADDEN, REGIONAL DIRECTOR. February 26, 1945. The motion for a stay is denied.

No. 410. PRICE, TRUSTEE, ET AL. *v.* GURNEY ET AL. February 26, 1945. Order entered amending opinion. The petition for rehearing is denied.

Opinion reported as amended, *ante,* p. 100.